AO 106 (Rev. 04/10) Application for a Search Warrant

# UNITED STATES DISTRICT COURT
for the
District of South Carolina 

In the Matter of the Search of
*(Briefly describe the property to be searched or identify the person by name and address)*

the Target Accounts and Group as described in Attachment A of the Affidavit of FBI Special Agent Tyler Sawher

Case No. 4:25cr398-KDW

## APPLICATION FOR A SEARCH WARRANT

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:

See Attachment A to Affidavit of Special Agent Sawher

located in the _____ District of ___South Carolina___, there is now concealed *(identify the person or describe the property to be seized)*:

See Attachment B of Affidavit of Special Agent Sawher

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:
- ☑ evidence of a crime;
- ☑ contraband, fruits of crime, or other items illegally possessed;
- ☑ property designed for use, intended for use, or used in committing a crime;
- ☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 2261A(2) | Cyberstalking |

The application is based on these facts:

See affidavit of Special Agent Connelly

- ☑ Continued on the attached sheet.
- ☐ Delayed notice of ____ days (give exact ending date if more than 30 days: _____ ) is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

*Applicant's signature*

Tyler Sawher, FBI Special Agent
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 01/28/2025

*Judge's signature*

City and state: Florence, SC

Kaymani D. West, U.S. Magistrate Judge
*Printed name and title*